# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT BOWLING GREEN

UNITED STATES OF AMERICA                                                                             PLAINTIFF

V.                                                                                 CRIMINAL NO. 1:15CR-27-GNS
                                                                                                    *Electronically Filed*

ANTONIO NUCKOLS                                                                            DEFENDANT

## MOTION FOR PRELIMINARY ORDER OF FORFEITURE

The United States respectfully requests that the Court enter the attached Preliminary Order of Forfeiture. As explained below, the preliminary order is necessary to protect the United States' ability to collect forfeited property and to protect third parties who may have competing interests in that property.

On March 30, 2016, the defendant pled guilty to violations of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(C), 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2) and 18 U.S.C. § 924(c)(1)(A), as charged in Counts 1 through 6 of the Indictment.

The Court entered an Order on March 31, 2016, accepting the defendant's guilty plea and scheduled sentencing. Pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461, the property described in the forfeiture notice in the Indictment and the Preliminary Order of Forfeiture is forfeitable to the United States.

The Preliminary Order of Forfeiture begins the process of collecting the property authorized by 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461. The proposed order sets out the facts justifying the forfeiture of defendant's property, permits the Bureau of Alcohol, Tobacco, Firearms and Explosives, or any duly authorized law enforcement agency to secure the property, and describes the procedure governing the ancillary proceedings in which innocent third

parties may assert ownership claims to the forfeited property.  21 U.S.C. § 853;  Fed. R. Crim. P. 32.2.  Until the Court enters a preliminary order of forfeiture, the law prevents third parties from defending their interests in the forfeited property.  21 U.S.C. § 853(k).  Approval of the preliminary order is likewise a prerequisite to the United States' ability to conduct necessary discovery and seek the forfeiture of substitute assets, if such forfeiture is necessary.  21 U.S.C. § 853(m)-(p).

      Accordingly, the United States requests that the Court enter the attached proposed Preliminary Order of Forfeiture.

                                          Respectfully submitted,

                                          DAVID J. HALE
                                          UNITED STATES ATTORNEY

                                            s/ Mac Shannon
                                          Mac Shannon
                                          Assistant U.S. Attorney
                                          717 W. Broadway
                                          Louisville, Kentucky 40202
                                          (502) 582-5911

## CERTIFICATE OF SERVICE

      On April 13, 2016, I electronically filed this document and attachments through the ECF system, which will send a notice of electronic filing to counsel of record for the defendant, **Donald J. Meier, 629 Fourth Avenue, Suite 200, Louisville, Kentucky 40202.**

                                            s/ Mac Shannon
                                          Mac Shannon
                                          Assistant U.S. Attorney