UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                                                    CRIMINAL NO. 1:15CR-27-1-GNS

ANTONIO LEE NUCKOLS                                                DEFENDANT

## SENTENCING MEMORANDUM

The United States has received and reviewed the amended Presentence Investigation Report (PSR) for the defendant, Nuckols.  Having found no substantial errors with the PSR, the United States has informed United States Probation there will be no objections thereto.  At sentencing, because there is no agreement between the United States and the defendant, the United States is not obligated to make any particular sentencing recommendation or argument.  It is, however, anticipated that the United States shall recommend a low end advisory guideline sentence of 111 months to serve followed by a term of not less than three years of supervised release.  The United States shall leave imposition of a fine to the discretion of the Court based upon the defendant's ability to pay a fine.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

s/ Mac Shannon
Mac Shannon
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-6294

## CERTIFICATE OF SERVICE
On the 6th day of July, 2016, I electronically filed this document through the ECF system, which will send a notice of electronic filing to Don Meier, Esq., counsel for the defendant.

s/ Mac Shannon
Mac Shannon
Assistant United States Attorney