1:15-CR-27

FILED
DISTRICT COURT CLERK
WESTERN DIST. OF
2016 JUL -7 AM 8:11

Dear Your Honor,     Thursday, 7 July, 2016

My name is Beverly S. Francis I am the mother of Antonio L. Nuckols, "Tony" as we call him. Tony is not a bad person he just got caught up with the wrong group of people. I raised him the best way that i could without the help from his father. He was ok until this older guy came into his life after that happened he changed drastically. This all started around the time when he was in his juvenile years and even lead into his adulthood. Tony was influenced so much by this guy that he couldn't see what was unfolding in front of him. I had requested for him to be evauluated it never happened while he was still a juvenile and still needs to be evaluated as of today.

Tony has some issues still bothering him since the loss of his brother Antwyan. He tries to appear tough but you can tell it still bothers him . I have lost one son already to the streets and losing another to the judicial system these are my only sons . I feel so empty inside knowing that i have lost both my boys because they were so close coming up and would have never expected this. I know that Tony has made mistakes with his life and i know that he has to pay his debt to society but i'm hoping that you can be somewhat lenient toward your judgement of him and get him the treatment that he needs,so that we can get our family back together along with his daughter and son.

Respectfully,
Beverly Francis

1