**FILED**
VANESSA L. ARMSTRONG, CLERK

JUL 07 2016

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

1:15-CR-27-GNS-1

06-30-16

Honorable Judge Stivers:

My name is Antonio L. Nuckols. I'm in custody here in Bowling Green KY. I never write a judge, so bare with me on this I'm pretty sure you know my charges so I want re-write them. I want to start by saying I know I messed my life up once again like before. I some how just couldn't seem to get it together and keep on falling into the wrong way's as I was growin up. I want to say I'm sorry for the government for my action and I seak mercy for sentencing. I have to tell you the truth on this the reason for me doing and using drug's is because a man you convicted in 2010 by the name Christopher Brad Green, this man has brain washed me and my brother when we was growing up showing us what drug's was like weed, and cocaine and now my brother is dead he can't speak for hes self but I can. I'm not saying he killed my brother but the life style he made for us was all so wrong now he's dead and I'm in jail because he was a person we look up to and what he had we all way's wanted so yes I did these thing's because I was trapped in this so called game he played against us now I'm speaking out about it because I'm definitely is in a wrold of trouble that's why I seak such mercy. I want to say I cant blame my mom because ma daddy wasn't in our life's do to prison term I don't know for but its

FILED
VANESSA L ARMSTRONG, CLERK

NOT ABOUT THEM IT'S ABOUT ME. I HAVE TWO BEATIFUL AND WONDERFUL KID'S THAT I HOPE THEY DON'T SEE DADDY GONE FOR A LONG PERIOD OF TIME AND THEM NEEDING ME AND NEEDING THEM WILL BE DEVASTAING FOR US ALL. I'M ASKING YOU TO PLEASE SENTENCING ME TO SOMETHING I' CAN LIVE WITH PLEASE AND THANK YOU SO MUCH FOR YOUR TIME SIR GOD BLESS.

SINCERLY.
ANTONIO NUCKOLS

Antonio Nuckols
920 Kentucky St
Bowling Green Ky
42101

NASHVILLE
TN 370
05 JUL '16
PM 4 L

**RECEIVED**
VANESSA L. ARMSTRONG, CLERK
JUL 07 2016
U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

WARREN COUNTY

UNCENSORED

**INMATE MAIL**

42101-217545



UNITED STATES POSTAGE
PITNEY BOWES
02 1P    $ 000.46⁵
0001862406   JUL 04 2016
MAILED FROM ZIP CODE 42101

Western District of
Kentucky
241 E Main Ave #120
Bowling Green Ky, 42101