# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT BOWLING GREEN

UNITED STATES OF AMERICA							PLAINTIFF

V.										CRIMINAL NO. 1:15-CR-27-GNS-01
										*Electronically Filed*

ANTONIO LEE NUCKOLS								DEFENDANT

## MOTION FOR FINAL DECREE
## AND ORDER OF FORFEITURE

The United States moves this Court for a Final Decree and Order of Forfeiture, based upon the previously entered Preliminary Order of Forfeiture. A proposed Final Decree and Order of Forfeiture is submitted herewith.

						Respectfully submitted,

						JOHN E. KUHN, JR.
						UNITED STATES ATTORNEY


						s/Amy M. Sullivan
						Amy M. Sullivan
						Assistant U.S. Attorney
						717 W. Broadway
						Louisville, Kentucky 40202
						(502) 582-5911


## CERTIFICATE OF SERVICE

On July 20, 2016, I electronically filed the foregoing through the ECF system, which will send a notice of electronic filing to counsel of record for the defendant, **Donald J. Meier, 629 Fourth Street, Suite 200, Louisville, Kentucky 40202.**

						s/Amy M. Sullivan
						Amy M. Sullivan
						Assistant United States Attorney